1 | WRIGHT, FINLAY & ZAK, LLP
2 | Jonathan M. Zak, Esq., SBN 121592
  | Gwen H. Ribar, Esq., SBN 188024
3 | Nicole M. Hoffman, Esq., SBN 273450
4 | 4665 MacArthur Court, Suite 280
  | Newport Beach, CA  92660 *(Chavez, Cathy/Pleadings/ Proposed Judgment)*
5 | Tel: (949) 477-5050; Fax: (949) 608-9142
6 |
7 | Attorneys for Defendants, NATIONAL DEFAULT SERVICING
  | CORPORATION; SELECT PORTFOLIO SERVICING, INC.; and ENCORE
8 | CREDIT RECEIVABLES TRUST 2005-2, BY THE BANK OF NEW YORK
9 | BANKING CORPORATION, AS INDENTURE TRUSTEE UNDER THE
  | INDENTURE DATED AS OF MAY 27, 2005
10 |

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHY CHAVEZ,                     ) | Case No.:  SACV11-1423 CJC (RNBx) |
|                                   ) | |
| Plaintiff,               ) | *Judge Cormac J. Carney* |
|                                   ) | |
| vs.                               ) | |
|                                   ) | |
|                                   ) | **JUDGMENT** |
| NATIONAL DEFAULT SERVICING        ) | |
| CORPORATION; SELECT               ) | |
| PORTFOLIO SERVICING, INC.;        ) | |
| ENCORE CREDIT RECEIVABLES         ) | |
| TRUST 2005-2, BY THE BANK OF      ) | |
| NEW YORK, A NEW YORK              ) | |
| BANKING CORPORATION, AS           ) | |
| INDENTURE TRUSTEE UNDER           ) | |
| THE INDENTURE DATED AS OF         ) | |
| MAY 27, 2005; and DOES 1through   ) | |
| 20, inclusive,                    ) | |
|                                   ) | |
| Defendants.              ) | |
|                                   ) | |
|                                   ) | |

-1-
**JUDGMENT**

**TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD, IF ANY:**

The Motion to Dismiss of Defendants SELECT PORTFOLIO SERVICING, INC. ("SPS") and ENCORE CREDIT RECEIVABLES TRUST 2005-2, BY THE BANK OF NEW YORK BANKING CORPORATION, AS INDENTURE TRUSTEE UNDER THE INDENTURE DATED AS OF MAY 27, 2005 (the "TRUST") to the First Amended Complaint of Plaintiff CATHY CHAVEZ ("Plaintiff") was taken under submission by the Honorable Cormac J. Carney and granted without leave to amend on December 28, 2011.

**IT IS THEREFORE ORDERED AND ADJUDGED AS FOLLOWS:**

1. A judgment of Dismissal with Prejudice is entered in favor of Defendants NATIONAL DEFAULT SERVICING CORPORATION, SELECT PORTFOLIO SERVICING, INC., and ENCORE CREDIT RECEIVABLES TRUST 2005-2, BY THE BANK OF NEW YORK BANKING CORPORATION, AS INDENTURE TRUSTEE UNDER THE INDENTURE DATED AS OF MAY 27, 2005 and against Plaintiff, CATHY CHAVEZ.

**IT IS SO ORDERED.**

Dated: January 17, 2012

                                        Honorable Cormac J. Carney
                                        Judge of the District Court